**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 20-2188**

───────────

In re:  JEFFREY A. PLEASANT, a/k/a Jeffrey A. Pleasants,

Petitioner.

───────────

On Petition for Writ of Mandamus.  (3:00-cr-00071-REP-RCY-1)

───────────

Submitted:  February 18, 2021                    Decided:  February 22, 2021

───────────

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Jeffrey A. Pleasant, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Pleasant petitions for a writ of mandamus, seeking to challenge his criminal convictions and sentence. We conclude that Pleasant is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought, *Murphy-Brown*, 907 F.3d at 795, and may not be used as a substitute for appeal, *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Pleasant is not available by way of mandamus. Accordingly, we deny Pleasant's petition for a writ of mandamus and his motion for an expedited hearing and immediate release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*